# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| T.W. and K.W. as Parents and Legal Guardians of JANE DOE, a Minor c/o COOK & LOGOTHETIS, LLC 30 Garfield Place, Suite 540 Cincinnati, OH 45202<br><br>**Plaintiffs,**<br><br>v.<br><br>FINNEYTOWN LOCAL SCHOOL DISTRICT 8916 Fontainebleau Terrace Cincinnati, OH 45231<br><br>**Defendant.** | Case No. 1:18-cv-668<br><br>Judge<br><br><br><br><br><br><br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION** |

Plaintiffs moved for preliminary and permanent injunction to prevent Defendant from further violating Title IX of the Education Amendments of 1972 ("Title IX") 20 U.S.C. § 1681 *et seq.*, 42 U.S.C. § 1983, as well as Title 27 and Title 33 of the Ohio Revised Code ("R.C."). For reasons described in the Court's findings of fact and conclusions of law, to be issued separately, Plaintiffs are substantially likely to succeed on the merits of their claims, there a substantial threat of irreparable injury if this injunction does not issue, the threat of irreparable injury outweighs any harm that will result from granting this injunction, and granting this injunction does not disserve the public interest.

Therefore, the Defendant Finneytown Local School District is ENJOINED (1) from placing the three main perpetrators of the sexual harassment suffered by Plaintiff Jane Doe in any of her classes; (2) to publish the name and contact information for its Title IX coordinator, and to post the coordinator's name and contact information in a conspicuous location on its website; (3)

to revise its Title IX policy and procedure to include a fixed complaint reporting process directing students to follow the same steps for each incident of harassment; (4) to revise its Title IX policy and procedure to include the use of a standardized complaint report form, a standardized investigative procedure, and an incident disclosure provision; (5) to revise its Title IX policy and procedure to include a mandatory progressive discipline provision for all substantiated or confirmed reports of harassment, discrimination, or bullying; (6) to revise its Title IX policy and procedure to include the release to a student-victim's parents a report regarding investigative findings, disciplinary, preventative, and remedial steps taken after it has substantiated or confirmed reports of harassment, discrimination, or bullying consistent with student privacy rights under 20 U.S.C. § 1232 and R.C. § 3319.321; (7) to revise its Title IX policy and procedure to require that all substantiated or confirmed misconduct be reported to the Title IX coordinator, school principal, Ohio Department of Education, and the U.S. Department of Education, Office for Civil Rights, as required by law; (8) to revise its Title IX policy and procedure to require notice to the parents or guardians of all students involved in any substantiated or confirmed misconduct covered by Title IX; and (9) to publish and distribute to all FLSD administrators, faculty, staff, students, parents, and guardians its revised Title IX policy and complaint procedure and to post it in a conspicuous location on Defendant's website.

No bond shall be required of Plaintiffs.

Entered this _____ day of _____ 2018.  _____
U.S. District Judge