

# Finneytown Literary Magazine

## Season 1 Episode 2

### May - 2018

EXHIBIT B

Do yo[u ever get tired] of being scared, tired of being afraid to be yourself? Th[is world] was never created to watch people suffer and die, it was made to show peace[. Every] [g]irl and boy has a story and here is my happy tale ending.

[I] woke up on a Monday morning, with my mouth dry and vision blurry. It w[as early]. [W]aking up this early should be a crime). I get into the shower and may mom[...] (do you ever have a moment when you just stand in the shower and think, w[hile the wat]er runs down your body?) The thoughts that I think in the shower are thou[ghts no] girl my age should think.

[W]ho is a gonna hit me today? Who will call me every name in the book tod[ay? Who wi]ll show me their loyalty isn't as real as I hoped? What boys will touch me t[oday? What t]eachers are gonna watch me cry? Who am I trying to avoid today? Who ca[n't I even] walk down a hallway alone with? Who is going to make me feel worthless [today?]

[T]he moment ends and I get out of the shower cold as the new air hits my w[et body. I] [l]ook in the mirror and the moment begins again, (every inch, every part of [me looks] [i]mperfect. In the eyes of a girl who is always told she is fat, ugly, disgusti[ng, an abomina]tion. You look in the mirror and you see what you have and you realize, i[t's not enough] for your peers, or your messed up family.) The moment ends and I start t[o get ready,] the thoughts of new styles and fashion trends run through my mind and [at the end of] [t]he day I still won't meet the "popular" opinion.

[I] walk to school and the fear begins. Not the fear of when you're failing a [test, or being] on the first hill on the Diamondback, this is a fear of death and loss. Wh[en the day st]arts, all the judges have come to the courtroom. Every time I walk into [a classroo]m somebody smacks their teeth, their voice makes me shudder as the wo[rds roll off i]n their carmax coated lips, like fingers flowing up and down the strings [of a guitar.]

[Y]our body wants to shut down and run from the room cursing and crying [but instead] [y]ou sit there and laugh and smile. A mask is only as good as its painter. [When their] words come from their wretched mouth, I hear them on the outside bu[t inside th]e real stuff is going on. I smile all day, make jokes, and laugh. And ever[y time I feel] sad, I put on the laughing gas.

[Y]ou see your favorite teacher, they know something is wrong and when [you prete]nd you're fine. You can be a girl or boy but at the end of the day, their [...]

Lunch is hell on earth, for teachers and students. But the judges are in th
waiting for their first case.
At the end of the day before I get home, my mask is chipped and cracked
into pieces. I do my routine, still barely hanging on, I get ready for bed.
ed, all of my thoughts kill me. It feels like a pounding headache, as every
ppened that day runs wickedly through my mind. It feels like needles and
at do I do, I lay there and cry as I wish to die. I text one person and he is
key. He knows me as me. Then I lay in bed and paint a new mask for ton



EXHIBIT B