# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| T.W. and K.W. as Parents and Legal Guardians of JANE DOE, a Minor <br><br> Plaintiffs, <br><br> v. <br><br> FINNEYTOWN LOCAL SCHOOL DISTRICT, FINNEYTOWN LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, and GRANT ANDERSON, LAURIE BANKS, RHIANA BLAUGHER, JENNIFER DINAN, DOUGLAS DIRR, DOUGLAS LANTZ, ALLISON McCREA, CATHY McNAIR, FRANK McPHERSON, ERIC MUCHMORE, TERRI NOE, JANE ROE, MARLO THIGPEN, and NICHOLAS TIPPENHAUER individually and in their official capacities, <br><br> Defendants. | Case No. 1:18-cv-668 <br><br> Judge Timothy S. Black <br><br><br><br><br><br><br><br><br><br><br><br><br><br> PLAINTIFFS' NOTICE OF DISMISSAL UNDER RULE 41 |

Plaintiffs dismiss from this action Defendants Grant Anderson, Rhiana Blaugher, and Emily Styles pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, Plaintiffs dismiss from this action Finneytown Local School District pursuant to the Court's order dated October 7, 2019 (Doc. #10).

Respectfully Submitted,

s/ Bennett P. Allen
Bennett P. Allen (96031)
COOK & LOGOTHETIS, LLC
30 Garfield Place, Suite 540
Cincinnati, OH 45202
P: (513) 287-6992
F: (513) 721-1178
ballen@econjustice.com
*Trial Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of February 2020, a copy of the foregoing Plaintiffs' Notice of Dismissal Under Rule 41 was filed using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                                    s/Bennett P. Allen
                                                                      Bennett P. Allen